# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Sharnesha Simpson,<br><br>                Plaintiff,<br>v.<br><br>Accounts Receivable Management, Inc.;<br>and DOES 1-10, inclusive,<br><br>                Defendants. | Civil Action No.: 1:11-cv-03025-ODE-ECS |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. Plaintiff anticipates filing a voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 30 days.

Dated: October 25, 2011

                                        Respectfully submitted,

                                        By: /s/ Cara Hergenroether, Esq.
                                        Attorney Bar No.: 570753
                                        Attorney for Plaintiff Sharnesha Simpson
                                        LEMBERG & ASSOCIATES L.L.C.
                                        1400 Veterans Memorial Highway
                                        Suite 134, #150
                                        Mableton, GA 30126
                                        Telephone: (855) 301-2100 ext. 5516
                                        Email: chergenroether@lemberglaw.com

Of Counsel To:

LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 25, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Georgia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

             By  /s/ Cara Hergenroether
               Cara Hergenroether