UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. - Atlanta

OCT 26 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

SHARNESHA SIMPSON

    Plaintiff,

v.

ACCOUNTS RECEIVABLE
MANAGEMENT, INC., and
DOES 1-10, INCLUSIVE

    Defendants.

CIVIL ACTION NO.
1:11-CV-3025-ODE-ECS

ORDER

    The Court having been advised by counsel for the Plaintiff that the above entitled action has been settled, but it appearing that documentation of the settlement has not been concluded,

    IT IS ORDERED that this action be administratively closed to the right, upon good cause shown within SEVEN (7) MONTHS, to reopen the action if required in the interests of justice.

    SO ORDERED, this 26 day of October, 2011.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE